UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| V. | ) ) | CAUSE NO. 3:20-mj-00037-MPB |
| ROSE ANN AZZARELLO, and | ) ) | -01 |
| ANDREA RENEE PYTLINSKI | ) ) | -02 |
| Defendant. | ) | |

**ORDER TO UNSEAL**

For the reasons set forth in the government's Motion to Unseal, it is hereby **ORDERED** that the criminal complaint in the above matter shall be UNSEALED.

SO ORDERED this 9th day of July 2020.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana